# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| EVER L. FAUST, : | |
| : | |
| Claimant, : | |
| : | |
| v. : | |
| : | No. 3:11-CV-98 (CAR) |
| MICHAEL J. ASTRUE, : | |
| **Commission of Social Security** : | |
| : | |
| Respondent. : | |
| _____ : | |

### ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 14] to uphold the Commissioner's decision to deny Claimant's application for disability benefits. No timely Objection to the Recommendation has been filed, and this Court, having considered the matter, agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. The final decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED,** this 18th day of May, 2012.

1

                                          <u>S/ C. Ashley Royal</u>  
                                          C. ASHLEY ROYAL  
                                          UNITED STATES DISTRICT JUDGE

LMH